JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID R. RICE, an individual | ) Case No: CV09-2523 GAF PJWx |
| Plaintiff, | ) ASSIGNED TO THE HONORABLE GARY A. FEESS |
| v. | ) **ORDER TO REMAND CASE TO STATE COURT** |
| EQUIFAX INFORMATION SERVICES LLC, a Georgia Limited Liability Company and Does 1-40, inclusive, | ) ) ) ) ) |
| Defendants. | ) |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

There being no basis to remove this case to the Federal Court based on federal question jurisdiction,

IT IS HEREBY ORDERED that this matter be remanded to the Superior Court of the State of California, County of Los Angeles, Northeast District.

Dated: April 20, 2009

Honorable Gary A. Feess
Judge of the United States District Court

- 1 –